1  **CAMPBELL & COOMBS, P.C.**
   1811 S. Alma School, Suite 225
2  Mesa, Arizona 85210
   Phone: (480) 839-4828
3  Fax: (480) 897-1461

4  Harold E. Campbell
   State Bar No. 005160
5  Nicole S. Sandoval
   State Bar No. 029316
6  *Attorneys for Debtor*

7          **IN THE UNITED STATES BANKRUPTCY COURT**

8              **IN AND FOR THE DISTRICT OF ARIZONA**

9   In re:                                Chapter 11 Proceeding

10  PERLA IRIS GARCIA MAES,                Case No. 2:12-bk-01221-EPB

11         Debtor

12

13              **MOTION FOR ENTRY OF FINAL DECREE**
                **AND REQUEST FOR DISCHARGE**
14

15         Perla Iris Garcia Maes ("Debtor") moves this Court, pursuant to Fed.R.Bankr.P.3022,

16  for the entry of a final Decree and Discharge Order closing this bankruptcy proceeding. The

17  Debtor has made payment in full to all creditors according to the terms of her Chapter 11

18  Plan and in accordance with all Stipulated Settlements and Agreements, see **Exhibit "B"**

19  attached hereto and incorporated herein by this reference. This motion is supported by the

20  attached Memorandum of Points and Authorities.

21

22         **DATED** this 14th day of June, 2013.

23

24                              **CAMPBELL & COOMBS, P.C.**

25                              By: /s/ *Nicole S. Sandoval* (#029316)
                                       Nicole S. Sandoval
26                                     *Attorneys for Debtors*

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

Rule 3022 of the Federal Rules of Bankruptcy Procedure provides as follows:

> After an estate is fully administered in a Chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest shall enter a final decree closing the case.

The Advisory Committee Notes to the 1991 Amendments accompanying Rule 3022, state:

> Entry of a final decree closing a Chapter 11 case should not be delayed solely because the payments required by the plan have not been completed. Factors that the court should consider in determining whether the estate has been fully administered include (1) whether the order confirming the plan has become final, (2) whether deposits required by the plan have been distributed, (3) whether the property proposed by the plan to be transferred has been transferred, (4) whether the debtor or the successor of the debtor under the plan has assumed the business or the management of the property dealt with by the plan, (5) whether payments under the Plan have been commenced, and (6) whether all motions, contested matters, and adversary proceedings have been finally resolved.

> The Court should not keep the case open only because of the possibility that the court's jurisdiction may be invoked in the future. A final decree closing the case after the estate is fully administered does not deprive the court of jurisdiction to enforce or interpret its own orders and does not prevent the court from reopening the case for cause pursuant to § 350(b) of the Code. If the plan or confirmation order provides that the case shall remain open until a certain date or event because of the likelihood that the court's jurisdiction may be required for a specific purpose prior thereto, the case should remain open until that date or event.

In this case, the following facts support the entry of a final decree and discharge:

1.  The Court confirmed a Plan of Reorganization in this case on January 23, 2013.

2.  The Confirmed Plan has been fully administered as required by F.R.B.P. 3022 as supported by paragraphs 4- 6 below.

3.  The Debtor has simultaneously lodged the form of the Final Decree and Discharge attached hereto as **Exhibit "A"** and incorporated herein by this reference.

4.  The Plan has been substantially consummated in accordance with the terms and provisions of the Plan. The Debtor has made payments in full to all secured and unsecured creditors required to be paid under the terms of the Plan (*see Exhibit "B"*).

5.  All distributions have been made in accordance with the terms of the Plan

1        6.      All monthly reports and payments due to the U.S. Trustee are current.

2        7.      All motions, contested matters, and adversary proceedings have been finally

3  resolved.

4        8.      Undersigned counsel states that to the best of counsel's knowledge, there

5  are no outstanding issues that would preclude the entry of a final decree closing this case.

6        9.      The Debtor has no obligations owing to the Internal Revenue Service and

7  all amounts owing to the Arizona Department of Revenue have been fully resolved.

8

9       **WHEREFORE**, the Debtor requests the entry of a Final Decree and Discharge in

10  this matter.

11        **DATED** this 14th day of June, 2013.

12

13                              **CAMPBELL & COOMBS PC**

14

15                          By: *_/s/ Nicole S. Sandoval_ (#029316)*

16                              Nicole S. Sandoval
                                 *Attorney for Debtors*

17

18  **ORIGINAL** filed ECF and **COPY** of

19  the foregoing mailed this
    14th day of June, 2013, to:

20

21  United States Trustee
    230 N. First Ave., Suite 204

22  Phoenix, Arizona 85003-1706

23  By:  /s/ Kasia Kot

24

25

26

27

28

# EXHIBIT "A"

**CAMPBELL & COOMBS, P.C.**
1811 South Alma School, Suite 225
Mesa, Arizona 85225
(480) 839-4828
facsimile: 480-897-1461

Harold E. Campbell
State Bar No. 005160
Nicole S. Sandoval
State Bar No. 029316
*Attorney for Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF ARIZONA

In re:                                    Chapter 11 Proceeding

PERLA IRIS GARCIA MAES,                   Case No. 2:12-bk-01221-EPB

     Debtor

## FINAL DECREE AND DISCHARGE ORDER

This Court having confirmed the Debtor's Plan of Reorganization ("Plan") by Order Confirming Plan signed on January 23, 2013, the Order Confirming Plan has become final, and under § 1101 of the Bankruptcy Code, the Plan has been "substantially consummated" and that Debtor has made all payments required under the Plan:

**IT IS HEREBY ORDERED:**

1.      The Debtor is granted a discharge under 11 U.S.C. § 1141(d)(5)(A).

2.      Except as otherwise provided under 11 U.S.C. § 1141(d)(2) and (d)(3), the provisions of the Plan bind the Debtor, any entity issuing securities under the Plan, any entity acquiring property under the Plan, and any creditor of Debtor, whether or not the claim or interest of such creditor is impaired under the Plan, and whether or not such creditor has accepted the Plan.

3.      Except as otherwise provided in the Plan or in the Order Confirming Plan, all property of the estate is vested in Debtor.

4.      Except as otherwise provided in the Plan or in the Order Confirming Plan, the property dealt with by the Plan is free and clear of claims and interests of creditors of the Debtor.

1       5.      The estate of the Debtor be, and hereby is, closed effective immediately.

**DATED AND SIGNED ABOVE**

EXHIBIT "B"

# Perla Iris Garcia Maes

3646 East Marlene Drive
Gilbert, AZ 85296

T 602-359-3999
F 480-926-0962

irismaes@hotmail.com

February 28, 2013

Sears/CBNA
P O Box 6282
Sioux Falls, SD 57117

RE:       BK Case Number:   2:12 BK-01221-RTB
               Account #:   9192

Enclosed please find check # 1008 in the amount of $66.09.

Sincerely,

Perla Iris Garcia Maes

---

IRIS G MAES
3646 E MARLENE DR
GILBERT AZ 85296-1869

NAPA VALLEY

1008

91-170/1221 AZ
32043

2/28/13
DATE

PAY TO THE
ORDER OF _Sears_      $ 66 09

_Sixty six dollars & 09/00_ DOLLARS

**Bank of America**

ACH R/T 122101706

FOR 9192

- Complete items 1, 2, and 3. Also complete
  Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits.

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
    JIM DONELAN

1. Article Addressed to:

Sears/CBNA
P O BOX 6282
Sioux Falls,  SD 57117

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)

7011 3500 0001 2313 2146

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

# Perla Iris Garcia Maes

3646 East Marlene Drive
Gilbert, AZ 85296

T 602-359-3999
F 480-926-0962

irismaes@hotmail.com

February 28, 2013

The Brown Law Group, PLLC
190 West Magee Road
Suite 182
Tucson,  AZ  85704

RE:       HOA- Estates at the Spectrum
       BK Case Number:   2:12 BK-01221-RTB

Enclosed please find check # 1007  in the amount of $2362.02.

Sincerely,

Perla Iris Garcia Maes

---

IRIS G MAES
3646 E MARLENE DR
GILBERT AZ 85296-1869

1007

91-170/1221 AZ
32043

2/28/13
date

PAY to the order of   The Spectrum HOA                    $ 2,362 02

Two Thousand three hundred & sixty two & 02/100

**Bank of America**

ACH R/T 122101706

Security Features Details on Back.

for _____                           MP

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )    C. Date of Delivery |
| 1. Article Addressed to:<br><br>**The Brown Law Group, PLLC**<br>190 West Magee Road<br>Suite 182<br>Tucson, AZ 85704 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |

| 2. Article Number<br>*(Transfer from service label)* | 7011 3500 0001 2313 2153 |
|---|---|

| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |
|---|---|---|

# Perla Iris Garcia Maes

3646 East Marlene Drive
Gilbert, AZ 85296

T 602-359-3999
F 480-926-0962

irismaes@hotmail.com

February 28, 2013

Jamin S. Neil, Esq.
**PITE DUNCAN, LLP**
4375 Jutland Drive
Suite 200
P O Box 17933
San Diego, CA 92177-0933

RE:   UNSECURED ARREARS
      BK Case Number:   2:12 BK-01221-RTB

Enclosed please find check #_1010_ in the amount of $891.24.

Sincerely,

Perla Iris Garcia Maes



**Perla Iris Garcia Maes**

3646 East Marlene Drive
Gilbert, AZ 85296

T 602-359-3999
F 480-926-0962

irismaes@hotmail.com

February 28, 2013

Jamin S. Neil, Esq.
**PITE DUNCAN, LLP**
4375 Jutland Drive
Suite 200
P O Box 17933
San Diego, CA 92177-0933

RE:   POST PETITION ESCROW
      BK Case Number:   2:12 BK-01221-RTB

Enclosed please find check # 1046 in the amount of $1583.73.

Sincerely,

Perla Iris Garcia Maes



IRIS G MAES
3646 E MARLENE DR
GILBERT AZ 85296-1869

NAPA VALLEY

1046
91-170/1221 AZ
32043

2/28/13
DATE

PAY TO THE
ORDER OF   J P Morgan Chase           $ 1,583 73

One thousand five hundred & eighty three           DOLLARS

**Bank of America**

ACH R/T 122101706

FOR Post Petition Escrow

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

A. Signature
X _____   ☐ Agent
                              ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Alberto Madi...

1. Article Addressed to:

Jamin S. Neil, Esq.
**Pite Duncan, LLP**
P O Box 17933
San Diego, CA 92177

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7010 0780 0002 1974 0679

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**Perla Iris Garcia Maes**

3646 East Marlene Drive
Gilbert, AZ 85296

T 602-359-3999
F 480-926-0962

irismaes@hotmail.com

February 28, 2013

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
P O Box 71083
Charlotte, NC 28272-1083

RE: BK Case Number: 12-01221
    ID #: 3965 & 0444

Enclosed please find check #_1050_ in the amount of $175.52.

Sincerely,

Perla Iris Garcia Maes

IRIS G MAES
3646 E MARLENE DR
GILBERT AZ 85296-1869

NAPA VALLEY

1050

91-170/1221 AZ
32043

2/28/13 DATE

PAY TO THE
ORDER OF _Capital One_                    $ 175 52

_One hundred & seventy five dollars & 52/100_ DOLLARS

**Bank of America**

ACH R/T 122101706

FOR _3965 + 0444_

**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  _GF_  ☐ Agent
           ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

1. Article Addressed to:

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
P O Box 71083
Charlotte, NC 28272-
                      1083

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

   7011 3500 0001 2313 2221

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

# Perla Iris Garcia Maes

3646 East Marlene Drive
Gilbert, AZ 85296

T 602-359-3999
F 480-926-0962

irismaes@hotmail.com

February 28, 2013

Becket and Lee LLP
Attorneys/Agent for Creditor
P O Box 3001
Malvern, PA 19355-0701

RE:   America Express
      BK Case Number:   2:12 BK-01221-RTB
      ID #:                      2009

Enclosed please find check # 1049 in the amount of $141.43.

Sincerely,

Perla Iris Garcia Maes

---

IRIS G MAES
3646 E MARLENE DR
GILBERT AZ 85296-1869

1049
91-170/1221 AZ
32043

2/28/13 date

$ 141 43

PAY to the order of  American Express

One hundred & fortyone dollars & 43/100 dollars

Bank of America

ACH R/T 122101706

for _____

SEA TREASURER

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Martin Schulle_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_Martin Schulle_

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

**BECKET AND LEE LLP**
ATTORNEYS/AGENT FOR CREDITOR
P O BOX 3001
MALVERN, PA 19355-0701

Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7010 0780 0001 6768 6692

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Perla Iris Garcia Maes

3646 East Marlene Drive
Gilbert, AZ 85296

T 602-359-3999
F 480-926-0962

irismaes@hotmail.com

February 28, 2013

GE Capital Retail Bank
Attn: Bankruptcy Department
P O Box 960061
Orlando, FL 62896-0661

RE:   BK Case Number:   2:12 BK-01221-RTB
      ID #:            7341

Enclosed please find check # 1001 in the amount of $640.50.

Sincerely,

Perla Iris Garcia Maes

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _Daniel Penaloza_    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

GE Capital Retail Bank
Attn: Bankruptcy Department
P O BOX 960061
Orlando, FL 62896-
        0061

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Certified Mail   ☐ Express Mail
- ☐ Registered   ☐ Return Receipt for Merchandise
- ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7011 3500 0001 2313 2207

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**Perla Iris Garcia Maes**

3646 East Marlene Drive
Gilbert, AZ 85296

T 602-359-3999
F 480-926-0962

irismaes@hotmail.com

February 28, 2013

Capital One, N.A.
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas, TX 75374

RE:   Kohl's Department Stores
      BK Case Number:   2:12 BK-01221-RTB
      ID #:                    2277

Enclosed please find check # 1004 in the amount of $58.83.

Sincerely,

Perla Iris Garcia Maes

IRIS G MAES
3646 E MARLENE DR
GILBERT AZ 85296-1869

NAPA VALLEY

1004

91-170/1221 AZ
32043

2/28/13
DATE

PAY TO THE
ORDER OF_____Capital One_____ $ 58 83

Fifty eight dollar q 83/100_____ DOLLARS

**Bank of America**

ACH R/T 122101706

FOR 2277

- ■ Complete items 1, 2, and 3. Also complete item 4 If Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  TAM WAGE Fey    C. Date of Delivery  3-12-73

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Capital One, N.A.
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas, TX 75374

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)    7011 3500 0001 2313 2214

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# Perla Iris Garcia Maes

3646 East Marlene Drive
Gilbert, AZ 85296

T 602-359-3999
F 480-926-0962

irismaes@hotmail.com

February 28, 2013

**Gemb/Dillards**
**Attn: Bankruptcy**
P O Box  103104
Roswell, GA  30076

RE:       BK Case Number:   2:12 BK-01221-RTB
                 Account #:   2052

Enclosed please find check # 1013  in the amount of $60.09.

Sincerely,

Perla Iris Garcia Maes

---

IRIS G MAES
3646 E MARLENE DR
GILBERT AZ 85296-1869

1013
91-170/1221 AZ
32043

2/28/13 _Date_

Pay to the Order of ___ Dillards ___ | $ 60 09

Sixty dollars & 04/100 ___ Dollars

**Bank of America**

ACH R/T 122101706

For ___ 2052 ___

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name) \| C. Date of Delivery 3-11-13 |
| 1. Article Addressed to:<br><br>Gemb/Dillards<br>Attn: Bankruptcy<br>P O Box 103104<br>Roswell, GA 30076 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |

2. Article Number
(Transfer from service label)   7010 0780 0001 6768 6647

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

# Perla Iris Garcia Maes

3646 East Marlene Drive
Gilbert, AZ 85296

T 602-359-3999
F 480-926-0962

irismaes@hotmail.com

February 28, 2013

Target Nb
P O Box 673
Minneapolis, MN 55440

RE:        BK Case Number:   2:12 BK-01221-RTB
           Account #:   0713

Enclosed please find check # 1009  in the amount of $43.84.

Sincerely,

Perla Iris Garcia Maes

---

IRIS G MAES
3646 E MARLENE DR
GILBERT AZ 85296-1869

1009

91-170/1221 AZ
32043

2/28/13  Date

Pay to the
Order of  Target                              $ 4384

Forty three dollars & 84/100                          Dollars

**Bank of America**

ACH R/T 122101706

For  0713

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery
MAR 11 2013

1. Article Addressed to:

Target Nb
P O BOX 673
Minneapolis, MN 55440

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service     7011 3500 0001 2313 2160

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

# Perla Iris Garcia Maes

3646 East Marlene Drive
Gilbert, AZ 85296

T 602-359-3999
F 480-926-0962

irismaes@hotmail.com

February 28, 2013

Acs/Student Capital Co.
501 Bleecker Street
Utica, NY 13501

RE:        BK Case Number:   2:12 BK-01221-RTB
           Account #:   1592

Enclosed please find check # 1011 in the amount of $2224.53

Sincerely,

Perla Iris Garcia Maes

---

IRIS G MAES
3646 E MARLENE DR
GILBERT AZ 85296-1869

1011
91-170/1221 AZ
32043

2/28/13
                                                          date

PAY to the order of _____ Acs/Student Capital _____ | $ 2,224 53

Two thousand two hundred twenty four & 53/100 Dollars

**Bank of America** 

ACH R/T 189101708

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Acs/ Student Capital Co.
501 Bleecker Street
Utica, NY 13501

A. Signature

X  ~~Melissa Lyman~~

☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7010 0780 0001 6768 6630

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**Perla Iris Garcia Maes**

3646 East Marlene Drive
Gilbert, AZ 85296

T 602-359-3999
F 480-926-0962

irismaes@hotmail.com

February 28, 2013

Nissan Motor Acceptance Corporation
P O Box 660366
Dallas, TX  75266-9620

RE:     **PRE-PETITION LATE CHARGE**
        BK Case Number:   2:12 BK-01221-RTB
        Account #:    172917

Enclosed please find check # 1003 in the amount of $44.74.

Sincerely,

Perla Iris Garcia Maes

---

IRIS G MAES
3646 E MARLENE DR
GILBERT AZ 85296-1869

1003

91-170/1221 AZ
32043

2/28/13  date

PAY to the order of   Nissan Motor Credit                    | $ 44 74

Fortyfour dollars & 74/100                          dollars

**Bank of America**
ACH R/T 122101706

for   172917

Harland Clarke                                                      SEA TREASURE®

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NISSAN MOTOR ACCEPTANCE
CORPORTATION
P O BOX 660366
DALLAS, TX 75266-9620

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Billy Foster*    ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

Billy Foster 20
Jet Courier

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
   (*Transfer from service label*)    7010 0780 0001 6768 6685

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# Perla Iris Garcia Maes

3646 East Marlene Drive
Gilbert, AZ 85296

T 602-359-3999
F 480-926-0962

irismaes@hotmail.com

February 28, 2013

NCO Financial Systems, Inc.
P O Box 4275
Norcross, GA 30091

RE:  BK Case Number:  1201221 RTB
     ID #:           5360
     Reference #:    0892158831201221

Enclosed please find check # 1006 in the amount of $136.69.

Sincerely,

Perla Iris Garcia Maes

---

IRIS G MAES
3646 E MARLENE DR
GILBERT AZ 85296-1869

1006

91-170/1221 AZ
32043

2/28/13 Date

Pay to the
Order of  NCO Financial Systems   $ 136 69

One hundred thirtysix dollars & 69/100 ——— Dollars

**Bank of America**

ACH R/T 122101706

For 0892156831201221

COMPLETE THIS SECTION ON DELIVERY

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

A. Signature
X _____  ☐ Agent
                         ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                  9-11-13

1. Article Addressed to:

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

NCO FINANCIAL SYSTEMS, INC.

P O BOX 4275

NORCROSS, GA 30091

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7011 3500 0001 2313 2177

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**Perla Iris Garcia Maes**

3646 East Marlene Drive
Gilbert, AZ 85296

T 602-359-3999
F 480-926-0962

irismaes@hotmail.com

February 28, 2013

Alan M Levinski
**Buchalter Nemer**
16435 North Scottsdale Rd
Suite # 440
Scottsdale, AZ 85254

RE:   ARREARS
        2010 FORD FLEX
        VIN: 2FMHK6DT9ABB05894
        BK Case Number:   2:12 BK-01221-RTB

Enclosed please find check # 1048 in the amount of $485.81.

Sincerely,

Perla Iris Garcia Maes

IRIS G MAES
3646 E MARLENE DR
GILBERT AZ 85296-1869

1048

91-170/1221 AZ
32043

2/28/13

Pay to the Order of: Ford motor credit   $ 485 81

Fourhundred&eighty fredollars & 81/100

**Bank of America**
ACH R/T 122101706

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
5-6-13

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

**ALAN M LEVINSKI**

**BUCHALTER NEMER**

16435 NORTH SCOTTSDALE ROAD

SUITE 440

SCOTTSDALE, AZ 85254

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7011 3500 0001 2313 2139

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**Perla Iris Garcia Maes**

3646 East Marlene Drive
Gilbert, AZ 85296

T 602-359-3999
F 480-926-0962

irismaes@hotmail.com

February 28, 2013

Desert Schools Federal Credit Union
P O Box 2945
Phoenix, AZ 85062

RE:  BK Case Number:  2:12 BK-01221-RTB
     ID #:              3580

Enclosed please find check #1005 in the amount of $73.59.

Sincerely,

Perla Iris Garcia Maes

---

IRIS G MAES
3646 E MARLENE DR
GILBERT AZ 85296-1869

Playful
Pals

1005

91-170/1221 AZ
32043

Date 2/28/13

Pay to the
Order of   D.S. F.C.U.                        $ 73 59/100

Seventy three dollars & 59/100                    Dollars

**Bank of America**

ACH R/T 122101706

For _____

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _____  ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Anthony                         MAR 0 6 2013

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

1. Article Addressed to:

Desert schools Federal C. U.
P. O.Box 2945
Phx, AZ 85062

3. Service Type
☑ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7011 3500 0001 2313 2184

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

# Perla Iris Garcia Maes

3646 East Marlene Drive
Gilbert, AZ 85296

T 602-359-3999
F 480-926-0962

irismaes@hotmail.com

February 28, 2013

PNC Bank
P O Box 94982
Cleveland, OH 44101

RE:   1350 East Ibis Street, Gilbert, AZ 85296
      BK Case Number:   2:12 BK-01221-RTB
      ID #:              3447

Enclosed please find check # 1020 in the amount of $21,622.51.

Sincerely,

Perla Iris Garcia Maes

---

IRIS G MAES                                    NAPA VALLEY                              1020
3646 E MARLENE DR
GILBERT AZ 85296-1869                                                        91-170/1221 AZ
                                                                                   32043

                                              2/28/13
                                                  DATE

PAY TO THE    PNC Mortgage Co                              | $ 21,622 51
ORDER OF

twenty one thousand six hundred twenty-two and 51/cents    DOLLARS

**Bank of America**

ACH R/T 122101706

FOR                                                                            MP

---

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X ___BRogers___  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  | C. Date of Delivery
                                | 3-11-13

1. Article Addressed to:

PNC Mortgage Co.
P O BOX 54828
Los Angeles, CA 90054

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7010 0780 0001 6768 6562

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

# Perla Iris Garcia Maes

3646 East Marlene Drive
Gilbert, AZ 85296

T 602-359-3999
F 480-926-0962

irismaes@hotmail.com

February 28, 2013

Morrison Ranch Community Council
c/o Ekmark & Ekmark LLC
6720 North Scottsdale Road, Ste 261
Scottsdale, AZ 85253

RE:     Marlene Drive Lot 259
        BK Case Number:   12-01221

Enclosed please find check # 10th in the amount of $2573.00.

Sincerely,

Perla Iris Garcia Maes

IRIS G MAES
3646 E MARLENE DR
GILBERT AZ 85296-1869

1047

91-170/1221 AZ
32043

2/28/13   Date

Pay to the
Order of ___ Morrison Ranch _____ $ 2,573.00

Two Thousand five hundred & seventy Three _____ Dollars

Bank of America

ACH R/T 122101706

For _____

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _____ ☐ Agent  ☐ Addressee <br> B. Received by ( Printed Name) | C. Date of Delivery <br> _ReLiZ_ | 3-6-13 |
| 1. Article Addressed to: <br><br> Morrison Ranch Community Council <br> c/o Ekmark + Ekmark LLC <br> 6720 N. Scottsdale Rd <br> Suite 261 <br> Scottsdale, AZ 85253 | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No <br><br><br> 3. Service Type <br> ☐ Certified Mail   ☐ Express Mail <br> ☐ Registered   ☐ Return Receipt for Merchandise <br> ☐ Insured Mail   ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number <br> (Transfer from service label) | 7010 0780 0001 6768 6708 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

## Chase Online

**BUSINESS CLASSIC (...1243)**

**Check Number:** 3748      **Post Date:** 04/29/2013      **Amount of Check:** $1,848.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2013 JPMorgan Chase & Co.