| | |
|---|---|
| 1 | **CAMPBELL & COOMBS, P.C.** |
| | 1811 S. Alma School, Suite 225 |
| 2 | Mesa, Arizona 85210 |
| | Phone: (480) 839-4828 |
| 3 | Fax: (480) 897-1461 |
| 4 | Harold E. Campbell |
| | State Bar No. 005160 |
| 5 | Nicole S. Sandoval |
| | State Bar No. 029316 |
| 6 | *Attorneys for Debtor* |

## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceeding |
| PERLA IRIS GARCIA MAES, | Case No. 2:12-bk-01221-EPB |
| Debtor | |

### NOTICE OF DEBTOR'S MOTION FOR ENTRY OF
### FINAL DECREE AND REQUEST FOR DISCHARGE

PLEASE TAKE NOTICE that Debtor has filed a Motion for Entry of Final Decree and Request For Discharge.

Any person opposing the Motion shall file a written objection on or before twenty-one (21) days from the date of the mailing of this Notice, with the Clerk of the United States Bankruptcy Court, 230 North First Avenue, Suite 101, Phoenix, AZ 85003. A copy of the objection should be mailed to the attorney for Debtor at the following addresses:

    Attorney for Debtor:        Harold E. Campbell
                                          Nicole S. Sandoval
                                          1811 S. Alma School Road, Suite 225
                                          Mesa, Arizona 85210
                                          (480) 839-4828

If a party-in-interest timely objects to Debtor's Motion for Entry of Final Decree and Request For Discharge in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection nor request for hearing filed, no hearing will be held and the Court may summarily enter an order granting the above-mentioned motion thereby issuing its final decree, issuing a discharge and closing Debtor's case.

**DATED** this 14th day of June, 2013.

                                                                           **CAMPBELL & COOMBS, P.C.**

                                                                           By: */s/ Nicole S. Sandoval* (#029316)
                                                                             Nicole S. Sandoval
                                                                             *Attorneys for Debtors*