**CAMPBELL & COOMBS, P.C.**
1811 S. Alma School, Suite 225
Mesa, Arizona 85210
Phone: (480) 839-4828
Fax: (480) 897-1461

Harold E. Campbell
State Bar No. 005160
Nicole S. Sandoval
State Bar No. 029316
*Attorneys for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceeding |
| PERLA IRIS GARCIA MAES, | Case No. 2:12-bk-01221-EPB |
| Debtor | |

## CERTIFICATE OF MAILING

I hereby certify that Debtor's Notice of the Motion for Entry of Final Decree and Request For Discharge and this Certificate of Mailing were served upon all creditors and other interested parties on June 14, 2013, by depositing copies in the United States Mail in Mesa, Arizona, postage prepaid, addressed to all parties as they appear on the attached list:

**DATED** this 14th day of June, 2013.

**CAMPBELL & COOMBS, P.C.**

By: /s/ *Nicole S. Sandoval* (#029316)
Nicole S. Sandoval
*Attorneys for Debtors*

**ORIGINAL** filed ECF and
**COPY** mailed this 14th day
of June, 2013 to:

Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706

Parties as they appear on the attached list

By /s/ Kasia Kot

**2:12-bk-01221-EPB** PERLA IRIS GARCIA MAES
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Eddward P. Ballinger Jr.
**Date filed:** 01/23/2012 **Date of last filing:** 04/23/2013 **Plan confirmed:** 01/23/2013

# Creditors

| | |
|---|---|
| **Acs/student Capital Co**<br>501 Bleecker St<br>Utica NY 13501 | (11096592)<br>(cr) |
| **American Express Bank, FSB**<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | (11203572)<br>(cr) |
| **ARIZONA DEPARTMENT OF REVENUE**<br>SPECIAL OPERATIONS UNIT<br>1600 W. MONROE 7TH FLOOR<br>PHOENIX, AZ 85007 | (11103844)<br>(cr) |
| **ARIZONA DEPARTMENT OF REVENUE**<br>P.O. BOX 29070<br>Phoenix AZ 85038 | (11153428)<br>(cr) |
| **Cap One**<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City UT 84130 | (11096593)<br>(cr) |
| **Capital One Bank (USA), N.A.**<br>PO Box 71083<br>Charlotte, NC 28272-1083 | (11201902)<br>(cr) |
| **Capital One, N.A.**<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | (11121955)<br>(cr) |
| **Chase**<br>Po Box 24696<br>Columbus OH 43224 | (11096594)<br>(cr) |
| **Chase**<br>P.o. Box 15298<br>Wilmington DE 19850 | (11096595)<br>(cr) |

**CLIFFORD MAES**  (11153429)
3488 E. PARK AVENUE  (cr)
Gilbert AZ 85234

**CRUCI ESTRELLA TANORIA**  (11153430)
365 N. NEVADA ST., #359  (cr)
Chandler AZ 85225

**Department Stores National Bank/Macys**
Bankruptcy Processing  (11114701)
Po Box 8053  (cr)
Mason, OH 45040

**Desert Schools Fcu**  (11096596)
Po Box 2945  (cr)
Phoenix AZ 85062

**DORA SANCHEZ**  (11153431)
365 N. NEVADA ST., #363  (cr)
Chandler AZ 85225

**ESTATE AT THE SPECTRUM**  (11096597)
1600 W. Broadway Rd, Ste 200  (cr)
Tempe AZ 85282-1112

**Estates at the Spectrum HOA**  (11153432)
1600 W. Broadway Rd. Ste. 200  (cr)
Tempe, AZ 85282

**FIRST HORIZON HOME LOANS**  (11153433)
4000 HORIZON WAY  (cr)
Irving TX 75063

**Ford Cred**  (11096598)
Po Box 6275  (cr)
Deerborn MI 48121

**FORD MOTOR CREDIT COMPANY LLC**
c/o Alan M. Levinsky  (11141309)
BUCHALTER NEMER  (cr)
16435 N. Scottsdale Rd., #440
Scottsdale, Arizona 85254

**FORD MOTOR CREDIT COMPANY LLC**  (11120493)
PO BOX 6275  (cr)
DETROIT MI 48120

**GE Capital Retail Bank**
Attn: Bankruptcy Department  (11182914)
PO Box 960061

Orlando FL 32896-0661 (cr)

**Gecrb/banana Rep**
Po Box 981400
El Paso TX 79998

(11096599)
(cr)

**GEMB/ Dillards**
Attn: Bankruptcy
Po Box 103104
Roswell GA 30076

(11096600)
(cr)

**Gemb/care Credit**
Attn: bankruptcy
Po Box 103104
Roswell GA 30076

(11096601)
(cr)

**GUADALUPE VERA ACUNA**
365 N. NEVADA ST., #365
Chandler AZ 85225

(11153434)
(cr)

**HIGLEY ESTATES HOA**
P.O. Box 24192
Tempe AZ 85285

(11096602)
(cr)

**HIGLEY GROVES HOA**
633 E. RAY RD. STE 122
Gilbert AZ 85296

(11153435)
(cr)

**INTERNAL REVENUE SERVICE**
P.O. BOX 7346
Philadelphia PA 19101-7346

(11153436)
(cr)

**JPMorgan Chase Bank**
c/o Pite Duncan, LLP
4375 Jutland Drive, Suite 200
San Diego, CA 92117

(11589406)
(cr)

**JPMorgan Chase Bank, National Association**
c/o Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

(11117705)
(cr)

**JPMorgan Chase Bank, National Association**
Chase Records Center
Attn: Correspondence Mail
Mail Code LA4-555
700 Kansas Lane

(11377663)
(cr)

Monroe, LA 71203

**JUAN SANCHEZ**     (11153437)
365 N. NEVADA ST., #369     (cr)
Chandler AZ 85225

**Kohls/capone**     (11096603)
Po Box 3115     (cr)
Milwaukee WI 53201

**Mcydsnb**     (11096604)
9111 Duke Blvd     (cr)
Mason OH 45040

**MORRISON RANCH COMMUNITY COUCIL**
C/O EKMARK & EKMARK LLC     (11304715)
6720 N SCOTTSDALE RD STE 261     (cr)
SCOTTSDALE AZ 85253

**MORRISON RANCH COMMUNITY COUNCIL**
C/O EKMARK & EKMARK LLC     (11304716)
6720 N SCOTTSDALE RD STE 261     (cr)
SCOTTSDALE AZ 85253

**NATIONAL CITY MORTGAGE**
P.O. BOX 54828     (11096605)
Los Angeles CA 90054-0828     (cr)

**Nationstar Mortgage**     (11111300)
PO Box 829009     (cr)
Dallas, TX 75382

**Nationstar Mortgage Ll**     (11096606)
Attn: Bankruptcy     (cr)
350 Highland Dr
Lewisville TX 75067

**NESTOR GUTIERREZ**     (11153438)
365 N. NEVADA ST., #367     (cr)
Chandler AZ 85225

**Nissan Motor Acceptanc**     (11096607)
Po Box 660360     (cr)
Dallas TX 75266

**Nissan Motor Acceptance**     (11108569)
POB 660366     (cr)
Dallas, TX 75266-0366

**PNC BANK**     (11147722)

| | |
|---|---|
| PO BOX 94982<br>CLEVELAND, OH 44101 | (cr) |
| **PNC MORTGAGE CO.**<br>PO BOX 54828<br>Los Angeles CA 90054 | (11153439)<br>(cr) |
| **Sears/cbna**<br>Po Box 6282<br>Sioux Falls SD 57117 | (11096608)<br>(cr) |
| **STATE BANK OF BOTTINEAU**<br>514 Thompson Street<br>PO Box 0327<br>Bottineau ND 58318-0327 | (11153440)<br>(cr) |
| **Target Nb**<br>Po Box 673<br>Minneapolis MN 55440 | (11096609)<br>(cr) |
| **THE BROWN LAW GROUP, PLLC**<br>190 WEST MAGEE ROAD, SUITE 182<br>Tucson AZ 85704 | (11096610)<br>(cr) |
| **TRI-CITY PROPERTY MANAGMENT SERVICES**<br>760 S. Stapley Dr.<br>Mesa AZ 85204-3400 | (11096611)<br>(cr) |
| **U.S. Bank National Association as Trustee**<br>c/o Carrington Mortgage Services Inc.<br>1610 East Saint Andrew Place, Ste. B150<br>Santa Ana, CA 92705 | (11416316)<br>(cr) |
| **Wells Fargo Bank, N.A.**<br>Leonard McDonald<br>2525 E. Camelback Rd, Ste 300<br>Phoenix, AZ 85016 | (11308501)<br>(cr) |
| **Wells Fargo Hm Mortgag**<br>Po Box 10335<br>Des Moines IA 50306 | (11096612)<br>(cr) |

## PACER Service Center

### Transaction Receipt

06/14/2013 10:52:27

| PACER Login: | hc0178 | Client Code: | |
|---|---|---|---|

| Description: | Creditor List | Search Criteria: | 2:12-bk-01221-EPB Creditor Type: All |
|---|---|---|---|
| Billable Pages: | 2 | Cost: | 0.20 |